UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | Docket No. 3:00CR188 (AWT) |
| ELVEUS FLOREUS | : | May 2, 2005 |

UNITED STATES RENEWED MOTION FOR
TURNOVER OF FUNDS

The United States respectfully files this renewed motion through which it seeks the turnover of $5,000.00, which is currently held in the Registry of this Court. In support of this motion, the United States asserts that the defendant, Elveus Floreus and/or his surety deposited $5,000.00 with the Clerk of Court on September 13, 2000, as partial security for the defendant's appearance bond. The defendant subsequently breached the conditions of his appearance bond, and the United States obtained a judgment against the defendant and his surety on November 15, 2002, forfeiting the bond. On June 6, 2003, the United States filed its initial motion for turnover of funds, seeking to direct the Clerk of Court to release the funds from his registry, and apply said funds to the forfeiture debt. The initial motion was then withdrawn by the Government, without prejudice, in light of a statutory stay as a result of a bankruptcy petition filed by the surety in the Eastern District of New York. On October 31, 2003, the Bankruptcy Court issued a Final Decree, and thus the statutory stay was no longer effective. See Exhibit A.

Accordingly, the Government hereby renews its motion for turnover of the funds in order to enforce partial payment of the judgment it has obtained. Based upon the foregoing reasons, and in the interest of justice, the United States respectfully requests that this motion be granted

and that the Clerk be directed to remove the funds from his registry and apply said funds to the forfeiture debt.

                                          Respectfully submitted,

                                          Kevin J. O'Connor
                                          United States Attorney

                                          Christine Sciarrino
                                          Assistant United States Attorney
                                          P.O. Box 1824
                                          New Haven, CT   06510
                                          (203) 821-3780
                                          (203) 773-5392 (fax)
                                          Email: Christine.Sciarrino@usdoj.gov
                                          Federal No. CT3393

<u>Certification</u>

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this second day of May, 2005, to:

Elveus Floreus
Alexia C. Floreus
c/o Clerk, United States District Court
450 Main Street
Hartford, CT   06106

Alexia C. Floreus
1426 Loring Avenue
Apartment 38C
Brooklyn, CT   11208-5101

_____
Christine Sciarrino