# UNITED STATES BANKRUPTCY COURT
*Eastern District of New York*
*75 Clinton Street*
*Brooklyn, NY 11201*

IN RE:

Alexia Carla Florveus

SSN-TAXID: 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

Debtor(s)

CASE NO: 103 - 14373

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Martin Ochs (Trustee) is discharged as trustee of the estate of the above-named debtor(s) and the bond is cancelled.

- The Chapter 7 case of the above-named debtor(s) is closed.

s/ Dennis E. Milton
_____
United States Bankruptcy Judge

Dated: October 31, 2003

Set forth all names, including trade names, used by the debtor(s) within the last 6 years (BR1005). For joint debtors set forth both social security numbers.

amohamed

FORM BLfnld7

Exhibit A