**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
UNITED STATES OF AMERICA      :
                              :
                              :
v.                            : Crim. No.3:00CR188(AWT)
                              :
ELVEUS FLOREUS                :
                              :
------------------------------x
```

**ENDORSEMENT ORDER**

The United States Renewed Motion for Turnover of Funds (Doc. No. 220) is hereby GRANTED. The Clerk shall remove the funds from the registry and apply them to the forfeiture debt.

It is so ordered.

Dated at Hartford, Connecticut this 10th day of June 2005.



/s/
Alvin W. Thompson
United States District Judge